# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS MILLER, | ) | CASE NO. 1:19cv0288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED.**

                                               *s/Jonathan D. Greenberg*
                                               Jonathan D. Greenberg
                                               United States Magistrate Judge

Date: December 3, 2019